**FILED**

UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

IN THE UNITED STATES DISTRICT COURT

JUL **2 5** 2019

FOR THE DISTRICT OF NEW MEXICO

MITCHELL R. ELFERS
CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CRIMINAL NO. 19-2328 MV |
| | ) | |
| vs. | ) | 18 U.S.C. § 1201(a)(1):  Kidnapping. |
| | ) | |
| **TIMOTHY BACHICHA**, | ) | |
| | ) | |
| Defendant. | ) | |

### I N D I C T M E N T

The Grand Jury charges:

Beginning on or about October 30, 2018 and continuing until on or about October 31,

2018, in Bernalillo County, in the District of New Mexico, the defendant, **TIMOTHY**

**BACHICHA**,  did unlawfully and willfully seize, confine, kidnap, abduct, carry away, and hold

Jane Doe for the purpose of committing a sexual assault, and, in committing and in furtherance

of the commission of the offense, used a motor vehicle, a means, facility, and instrumentality of

interstate commerce.

In violation of 18 U.S.C. § 1201(a)(1).

A TRUE BILL:


/s/
_____
FOREPERSON OF THE GRAND JURY

Assistant United States Attorney

01/24/17  2:29pm